IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MATTHEW KIMMEL, No. B-88117,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )     CIVIL NO. 11-cv-1146-MJR |
| | ) |
| **JACKSON COUNTY, ILLINOIS,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

      This matter comes before the Court for case management. On January 18, 2012, a relative of the Plaintiff appeared at the office of the Clerk of Court requesting that a summons be issued for each Defendant. In response to this request, summons was issued as to Defendants Jackson County, Illinois, Robert Burns, Lieutenant Whitbeck, Officer Hoffman, Sergeant Bludworth, Officer Morber, and Nurse Gail (Doc. 7). However, it has come to the Court's attention that the above summonses were issued in error, because the Court has not yet completed the required preliminary review of Plaintiff's complaint.

      According to 28 U.S.C. § 1915A:

(a) **Screening.**– The court shall review . . . as soon as practicable after docketing, a complaint in a civil action in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity.
(b) **Grounds for Dismissal.**– On review, the court shall identify cognizable claims or dismiss the complaint, or any portion of the complaint, if the complaint–
    (1) is frivolous, malicious, or fails to state a claim on which relief
    may be granted; or
    (2) seeks monetary relief from a defendant who is immune from
    such relief.

Service on the Defendants in a case filed by a prisoner shall not be ordered until the Court determines that the claims in the complaint survive preliminary screening under § 1915A.

**IT IS THEREFORE ORDERED** that the summonses issued on January 18, 2012, to Defendants JACKSON COUNTY, ILLINOIS, BURNS, WHITBECK, HOFFMAN, BLUDWORTH, MORBER, and GAIL, are **STRICKEN.** After completion of the Court's preliminary review pursuant to § 1915A, service shall be ordered on any remaining Defendants. No answer or other response shall be required from any Defendant until further order of this Court.

The Clerk is **DIRECTED** to forward a copy of this Memorandum and Order to each of the Defendants at the addresses provided by Plaintiff.

**IT IS SO ORDERED.**

DATED:  January 19, 2012

_s/ Michael J. Reagan_
**U.S. District Judge**